\*\*E-Filed 5/3/10\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br><br>CEDAR FUNDING, INC.,<br><br>    Debtor.<br>_____<br>JEFF AIKIN, et al.,<br><br>    Appellants,<br><br>v.<br><br>R. TODD NEILSON, Chapter 11 Trustee,<br><br>    Respondent. | Case No. C 09-4311 JF<br><br>(Appeal from *Neilson v. Aikin* (*In re Cedar Funding, Inc.*), Bankr. N.D. Cal. (San Jose) Case No. 08-52709 MM) Adv. No. 08-05222 MM)<br><br>Adv. Proc. No. 08-05222 MM<br><br>**ORDER[1] REFERRING CASE TO JUDGE WHYTE FOR CONSIDERATION OF RELATED CASE STATUS** |

    Pursuant to Civil Local Rule 3-12(c), the above entitled case is referred to the Honorable Ronald M. Whyte for a determination as to whether this case is related to Case No. C 09-1702 RMW.

    IT IS SO ORDERED.

DATED: May 3, 2010

                                                        JEREMY FOGEL
                                                        United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-4311
ORDER REFERRING CASE TO JUDGE WHYTE FOR CONSIDERATION OF RELATED CASE STATUS
(JFLC3)
1